THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD SILVERMAN, BENJAMIN N. SPEVACK, WILLIAM GOLDIS and SAMUEL SCHORR, Appellants.

Argued June 1, 1938; decided July 7, 1938.

*Morris Spevack, Haskel Jacobs* and *Emanuel Bloch* for Benjamin N. Spevack, appellant.

*Edward C. Maguire* and *Edmond B. Butler* for William Goldis, appellant.

*Louis H. Solomon* and *Arthur Lubell* for Samuel Schorr, appellant.

*Sol A. Klein* for Harold Silverman, appellant.

*Thomas E. Dewey, District Attorney (Barent Ten Eyck, Felix C. Benvenga* and *E. G. Stoddard* of counsel), for respondent.

As to defendants Spevack, Goldis and Schorr: judgment affirmed. As to defendant Silverman: judgment reversed and information dismissed on the ground that his guilt has not been proven beyond a reasonable doubt. No opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ.; HUBBS and FINCH, JJ., concur as to Spevack, Goldis and Schorr, but dissent as to Silverman and vote to affirm as to him. Taking no part: CRANE, Ch. J.